UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 1 200 ★

UNITED STATES OF AMERICA,
                    Plaintiff,

            -against-

Donna M. Anadrillo,
Aka Donna Seaman
                    Defendant.

P.M. _____
DEFAULT JUDGMENT A.M. _____

CV # : 05-CV-211
Claim #: C-75759W
Judge: David G. Trager

The summons and complaint in this action having been duly served on the above named defendant, and affidavit of service duly filed with the court, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Liberatore J. Iannarone , the attorney for the plaintiff, it is hereby;

ORDERED and Adjudged, that the United States of America, the plaintiff, do recover of Donna M. Anadrillo Aka Donna Seaman, the defendant(s) residing at 73 Clocks Blvd Massapequa, NY 11758 the sum of $2,675.77 the amount claimed, plus interest in the sum of $3,537.52 with $62.50 costs and disbursements, amounting in all to the sum of $6,275.79, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefore.

Judgment Dated : *June 10, 2005*
                 *Brooklyn, New York*

By     ___s/David G. Trager_____
       U.S.D.J. or Deputy Clerk